197 So. 901
### Jim BLACK v. STATE.
### 8 Div. 970.

Court of Appeals of Alabama.
June 25, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

192 So. 910
### Oble BLACK v. STATE.
### 8 Div. 910.

Court of Appeals of Alabama.
Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

193 So. 883
### Charles BLACKWELL v. STATE.
### 8 Div. 903.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

192 So. 910
### Alvin BLAND v. STATE.
### 4 Div. 565.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

192 So. 910
### B. F. BLEVINS v. CITY OF JASPER.
### 6 Div. 594.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

199 So. 906
### Belton BOLTON v. STATE.
### 8 Div. 68.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.